**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DONAL R. EDWARDS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CIV. A. NO. 26-00072-KD-MU** |
| | ) | |
| **BREWTON, AL,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the

issues raised, and there having been no objections filed, the Recommendation of the Magistrate

Judge made under 28 U.S.C. § 636(b)(1)(B), (doc. 3), is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED without prejudice**.

**DONE** and **ORDERED** this **4th day** of **June 2026.**

> **s / Kristi K. DuBose**
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**